IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL JAMES
MCPHERSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.                              CASE NO. 1D16-5414

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed November 2, 2017.

An appeal from the Circuit Court for Duval County.
Roberto Arias, Judge.

Andy Thomas, Public Defender, Barbara J. Busharis, Assistant Public Defender, Tallahasee, for Appellant.

Pamela Jo Bondi, Attorney General, Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.